

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-21-00363-CV

_____

IN RE JOSE BARRETO, Relator

---

Original Proceeding
231st District Court of Tarrant County, Texas
Trial Court No. 231-635708-18

---

Before Bassel, Womack, and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's "Request for Mandamus Relief and Request for Emergency Relief" and is of the opinion that relief should be denied. Accordingly, relator's "Request for Mandamus Relief and Request for Emergency Relief" are denied.

Per Curiam

Delivered: November 10, 2021